IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LESTER PINEDA-MEDRANO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-01870-AJT-LRV |
| ) | |
| PAMELA BONDI, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

Before the Court is Petitioner Lester Pineda-Medrano's Petition for Writ of Habeas Corpus, [Doc. No. 1] (the "Petition"). Petitioner filed the Petition on October 27, 2025. Upon consideration of the Petition, it is hereby

**ORDERED** that Petitioner shall forthwith serve the Respondents with a copy of the Petition and this Order as soon as practicable; and it is further

**ORDERED** that the Respondents shall file a response to the Petition within three (3) days of being served with Petitioners' action pursuant to 28 U.S.C. § 2243; and it is further

**ORDERED** that the Respondents and any of Respondents' officers, agents, servants, employees, and attorneys, as well as other person acting in concert with them, be, and the same hereby are ENJOINED from removing the Petitioner from this judicial district pending further order of the Court.

The Clerk is directed to send copies of this Order to all counsel of record.

Alexandria, Virginia
October 27, 2025

/s/
Anthony J. Trenga
Senior United States District Judge